UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGNATH KHARAT,
Plaintiff,

-against-

ASGHAR FARHADI, MEMENTO PRODUCTION, ANONYMOUS CONTENT, AND DOES 1-5,
Defendants.

26-CV-3651 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, United States District Judge:

To allow Plaintiff to effect service on Defendant(s) Asghar Farhardi and Anonymous Content through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants. It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for Asghar Farhardi and Anonymous Content and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: September 21, 2026
New York, New York

J. PAUL OETKEN
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

Asghar Farhardi
United Talent Agency (UTA)
UTA Plaza
9336 Civic Center, 5th Fl.
Beverly Hills, CA 90210

Asghar Farhardi
Legal c/o: Jonathan Gardner
Cohen & Gardner, LLP
345 N. Maple Drive, Ste. 181
Bever1y Hills, CA 90210

Anonymous Content
8501 Washington Boulevard
Culver City, CA 90232